NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ROGER WARREN BEAUDOIN,**
*Claimant-Appellant*

v.

**DENIS MCDONOUGH, Secretary of Veterans Affairs,**
*Respondent-Appellee*

---

2022-2212

---

Appeal from the United States Court of Appeals for Veterans Claims in No. 21-2078, Judge Michael P. Allen.

-------------------------------------------------

**GREGORY DOUGLAS SMITH,**
*Claimant-Appellant*

v.

**DENIS MCDONOUGH, Secretary of Veterans Affairs,**
*Respondent-Appellee*

---

2022-2213

---

Appeal from the United States Court of Appeals for Veterans Claims in No. 21-1244, Judge William S. Greenberg.

------------------------------------------------

**LOUIS J. DUIGOU,**
*Claimant-Appellant*

v.

**DENIS MCDONOUGH, Secretary of Veterans Affairs,**
*Respondent-Appellee*

_____

2022-2214

_____

Appeal from the United States Court of Appeals for Veterans Claims in No. 21-4060, Judge Michael P. Allen.

------------------------------------------------

**CAROLYN CLARK,**
*Claimant-Appellant*

v.

**DENIS MCDONOUGH, Secretary of Veterans Affairs,**
*Respondent-Appellee*

_____

2022-2225

_____

Appeal from the United States Court of Appeals for Veterans Claims in No. 21-1124, Judge Grant Jaquith, Judge Joseph L. Falvey, Jr., and Judge William S. Greenberg.

BEAUDOIN v. MCDONOUGH　　　　　　　　　　　　　　　　　　3

---
**ON MOTION**
---

**O R D E R**

Upon consideration of appellants' unopposed motion to further extend the time to file their reply brief by 33 days, until May 30, 2023,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

April 21, 2023　　　　　　　　/s/ Peter R. Marksteiner
　　Date　　　　　　　　　　　Peter R. Marksteiner
　　　　　　　　　　　　　　　Clerk of Court